1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney                         *E-FILED 8/31/06*
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney
4
   150 Almaden Blvd., Suite 900
5  San Jose, CA 95113-2009
   Telephone: 408-535-5087
6  Facsimile: 408-535-5081
   E-mail: chinhayi.j.coleman@usdoj.gov
7
   Attorneys for Defendant UNITED STATES POSTAL SERVICE
8

9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                            SAN JOSE DIVISION
12
   NASIR JAMIL,                    )   No. C 05-5121 RS
13                                 )
            Plaintiff,              )
14                                 )   STIPULATION AND [PROPOSED]
       v.                          )   ORDER OF COMPROMISE
15                                 )   SETTLEMENT
   UNITED STATES POSTAL SERVICE,   )
16                                 )
            Defendant.              )
17  _____)

28
   STIPULATION AND [PROPOSED] ORDER OF COMPROMISE SETTLEMENT
   C 05-5121 RS

1   IT IS HEREBY STIPULATED by and between the Defendant United States Postal
2   Service ("the Postal Service") and Plaintiff Nasir Jamil ("Plaintiff"), after full and open
3   discussion, that the present action (Case Number C 05-5121 RS) be settled and compromised on
4   the following terms:
5       1.   The Postal Service agrees to pay to Plaintiff Nasir Jamil the sum of five hundred
6   dollars and no cents ($500.00), which sum shall be in full settlement and satisfaction of any and
7   all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and
8   by reason of any and all known and unknown, foreseen and unforeseen claims for breach of
9   contract, negligence, compensatory damages, special damages, lost wages, interest, attorneys'
10  fees, costs, restitution and any other form of legal or equitable recovery resulting, and to result,
11  from the same subject matter that gave rise to the above-captioned lawsuit (including but not
12  limited to the transmission of a computer by mail to Plaintiff on or about October 13, 2004).
13      2.   Plaintiff will accept the terms described in Paragraph 1 above in full settlement
14  and satisfaction of any and all claims and demands which he, his successors or assignees may
15  now have or hereafter acquire against the Postal Service or any of its past and present officials,
16  agents, employees, or attorneys, on account of the events described in plaintiff's pleadings in the
17  present action (Case Number C 05-5121 RS), or as a result of any other action or conduct by the
18  Postal Service, its past and present officials, agents, employees, or attorneys, that occurred prior
19  to the execution of this Agreement.
20      3.   In consideration of this Agreement and the payment of the foregoing amount
21  thereunder, Plaintiff has executed a Stipulation for Dismissal with Prejudice of Case Number C
22  05-5121 RS. Upon delivery of the $500.00 check to Plaintiff, counsel for the Postal Service will
23  file the Stipulation for Dismissal with the Court.
24      4.   Plaintiff will withdraw and/or shall take whatever steps are necessary to obtain the
25  dismissal with prejudice of any pending charges of discrimination, complaints, suits, and any
26  other action or proceeding filed by his or on his behalf with any local, state, and/or federal
27  agency, commission, board, department, court, and/or any other tribunal against the Postal
28

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 05-5121 RS
1

1  Serviced, its past and present officials, agents, employees, or attorneys. Plaintiff agrees that he
2  has not filed and will not file any other charges, complaints, lawsuits, or other claims that relate
3  to any action or conduct by the Postal Service, its past and present officials, agents, employees,
4  or attorneys that occurred prior to the execution of this Agreement.

5      5.     Plaintiff hereby releases and forever discharges the Postal Service, and any and all
6  of its past and present officials, agents, employees, attorneys, their successors and assigns, from
7  any and all obligations, damages, liabilities, actions, causes of actions, claims and demands of
8  any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or
9  unknown, by which he now owns or holds or has at any time owned or held against the Postal
10 Service (including but not limited to contract or tort) arising out of or in any way connected with
11 any loss, damages, or injury whatever, known or unknown, suspected or unsuspected, resulting
12 from any act or omission by or on the part of Postal Service committed prior to the date this
13 Agreement is executed.

14     6.     The provisions of California Civil Code Section 1542 are set forth below:

15         "A general release does not extend to claims which the creditor
        does not know or suspect to exist in his favor at the time of
16         executing the release, which if known by him must have materially
        affected his settlement with the debtor."
17
18 Plaintiff has been apprised of the statutory language of Civil Code Section 1542, and fully
19 understanding the same, nevertheless elects to waive the benefits of any and all rights he may
20 have pursuant to the provision of that statute and any similar provision of federal law. Plaintiff
21 understands that, if the facts concerning Plaintiff's claims and the liability of the government for
22 damages pertaining to them are later found to be other than or different from the facts now
23 believed to be true, this Agreement shall be and remain effective notwithstanding such material
24 difference.

25     7.     This Agreement may be pled as a full and complete defense to any subsequent
26 action or other proceeding involving any person or party which arises out of the claims released
27 and discharged by the Agreement.

28

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 05-5121 RS

Aug 18 2006 1:20PM    HP LASERJET 3330                                                      p.5
Case 5:05-cv-05121-RS    Document 31    Filed 08/31/06    Page 4 of 5

8. This is a compromise settlement of a disputed claim and demand, which settlement does not constitute an admission of liability or fault on the part of the Postal Service or any of its past and present officials, agents, employees, attorneys, or insurers on account of the events described in Plaintiff's complaint in the present action (Case Number C 05-5121 RS).

9. If any withholding or income tax liability is imposed upon Plaintiff based on payment of the settlement sum received herein, Plaintiff shall be solely responsible for paying any such determined liability from any government agency thereof.

10. Plaintiff has been informed that payment may take sixty days or more to process, but the government agrees to make good faith efforts to expeditiously process said payment.

11. The parties agree that should any dispute arise with respect to the implementation of the terms of this Agreement, Plaintiff shall not seek to rescind the Agreement and pursue his original causes of action. Plaintiff's sole remedy in such a dispute is an action to enforce the Agreement in district court. The parties agree that the district court will retain jurisdiction over this matter for the purposes of resolving any dispute alleging a breach of this Agreement.

12. Each party hereby stipulates that it has negotiated for the preparation of this Agreement, that it is fully aware of and understands all of the terms of the Agreement and the legal consequences of it. It is acknowledged that the parties have mutually participated in the preparation of this Agreement, and it is agreed that no provision hereof shall be construed against any party by virtue of the activities of that party or its attorney.

13. If any provision of this Agreement shall be invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provision shall not in any way be affected or impaired thereby.

14. This instrument shall constitute the entire Agreement between the parties, and it is expressly understood and agreed that the Agreement has been freely and voluntarily entered into by the parties. The parties further acknowledge that no warranties or representations have been

///

///

STIPULATION AND [~~PROPOSED~~] ORDER APPROVING COMPROMISE SETTLEMENT
C 05-5121 RS

3

1  made on any subject other than as set forth in this Agreement. This Agreement may not be
2  altered, modified or otherwise changed in any respect except by writing, duly executed by all of
3  the parties or their authorized representatives.

5  Dated: August 16, 2006
   _____
6  NASIR JAMIL
   Plaintiff

7  Dated: August 21, 2006       KEVIN V. RYAN
8                               United States Attorney

9                               _____
10                              CHINHAYI J. COLEMAN
                                Assistant United States Attorney

12                    [PROPOSED] ORDER
13     APPROVED AND SO ORDERED.
14  Dated: August 31, 2006      _____
                                THE HONORABLE RICHARD SEEBORG
15                              United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 05-5121 RS

4